**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Ernestina Depine, | : |
| | : |
| | : Civil Action No.:  1:14-cv-13644-PBS |
| Plaintiff, | : |
| v. | : |
| | : |
| Progress Financial Company d/b/a Progreso | : |
| Financiero; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Ernestina Depine ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 11, 2014

Respectfully submitted,

By: /s/ Sergei Lemberg
    Sergei Lemberg, Esq.
    BBO No.: 650671
    Lemberg Law, L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg